United States District Court
Southern District of Texas

**ENTERED**

May 14, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| FERNAND TAKUH TENGEN, "Petitioner," | § § § § | |
| v. | § § § | Civil Action No. 1:26-cv-00101 |
| WARDEN PORT ISABEL SERVICE PROCESSING CENTER, *et al.*, "Respondents," | § § § § | |

**ORDER**

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus Under 28 U.S.C §2241" ("Petition") (Dkt. No. 1), "Government's Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment" ("MSJ") (Dkt. No. 6), "Report and Recommendation to Deny Petitioner's Habeas Petition" ("Report and Recommendation") (Dkt. No. 8), and "Petitioner's Objections to Report and Recommendations" ("Objections") (Dkt. No. 9).

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 8) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that the Petition (Dkt. No. 1) is **DENIED**, and the MSJ (Dkt. No. 6) is **DENIED** as moot. The Court **ORDERS** the Clerk of Court to close the case.

SIGNED this May 14, 2026

_____
Rolando Olvera
United States District Judge

1 / 1